UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIRK MOUSSEAU**                            **CIVIL ACTION**

**VERSUS**                                      **NO: 05-1861**

**INTERNATIONAL MARINE, L.L.C.**            **SECTION:  "K"(3)**

## ORDER

Considering the Order of Dismissal signed this date,  the motion for summary judgment filed on behalf of defendant International Marine, L.L.C. is denied as moot.

New Orleans, Louisiana, this 16th day of November, 2006.

                                               STANWOOD R. DUVAL, JR.
                                               UNITED STATES DISTRICT JUDGE